UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| BRANOVATIONS, INC.,  a Florida Corporation<br><br>            Plaintiff,<br><br>       vs.<br><br>ONTEL PRODUCTS, CORPORATION, a New Jersey Corporation,<br><br>            Defendant. | CASE NO. 2:12-cv-00306-JES-SPC<br><br>**PLAINTIFF BRANOVATION, INC.'S RESPONSE TO DEFENDANT'S ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Branovations Inc.'s ("Plaintiff") responds as follows to Defendant Ontel Products

Corporation's ("Defendant") Answer and Counterclaims to Plaintiff's Amended Complaint.

## PARTIES

1.  Branovations lacks sufficient knowledge to admit or deny.

2.  Admitted.

## THE CONTROVERSY

3.  Admitted that Plaintiff has sued Defendant for infringement of  U.S. Patent No. 8,152591

("the '591 patent").  Admitted that Defendant has denied infringement and has asserted

various defenses and affirmative defenses.  Plaintiff denies that the facts asserted with

these defenses and affirmative defenses.

## JURISDICTION AND VENUE

4.  Admitted.

5.  Admitted.

6.  Admitted.

## COUNT ONE
### (Declaratory Judgment of Invalidity)

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

## COUNT TWO
### (Declaratory Judgment of Non-Infringement)

16. Plaintiff admits that Defendant repeats and re-alleges preceding paragraphs, but denies the statements contained therein.

17. Denied.

## PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to the following relief:

(a) declaration that the claims of the '591 patent are not valid;

(b) declaration that the claims of the '591 patent are not infringed;

(c) declaration that Plaintiff is entitled to no damages, interests, costs or other relief associated with this action;

(d) costs and fees

(e) any further relief

2

Dated:  August 29, 2012                        Respectfully submitted,

                                    /s/ Edward W. Goldstein
                              Edward W. Goldstein (admitted pro hac vice)
                              Texas Bar No. 08099500
                              Goldstein & Lipski PLLC
                              1177 West Loop South, Suite 400
                              Houston, Texas  77027
                              Telephone: (713) 877-1515
                              Facsimile: (713) 877-1737
                              E-Mail: egoldstein@gliplaw.com

                              Anthony Lawhon
                              FL Bar No. 965390
                              Parrish, Lawhon & Yarnell PA
                              3431 Pine Ridge Rd.
                              Naples, FL. 34109-3834
                              Tel: (239) 566-2013
                              Fax: (239) 566-9561
                              Email:  tonylawhon@napleslaw.us

                              ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2012, a true and correct copy of

the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case

by operation of the Court's electronic filing system. Parties may access this filing through the

Court's system.

                              /s/ Edward W. Goldstein