UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANOVATIONS, INC., a Florida
Corporation

    Plaintiff,

v.                                                                               Case No: 2:12-cv-306-Ftm-29SPC

ONTEL PRODUCTS, CORPORATION,

    Defendant.
_____/

### ORDER

The matter comes before the Court on Plaintiff's Motion to Amend/Modify Scheduling Order to Extend Deadlines and Reschedule Final Pretrial Conference, and Stay of Action (Doc. #32) filed on April 1, 2013. Plaintiff requests a stay of the deadlines in the Case Management and Scheduling Order for a period of 90 days to obtain new counsel. Defendant does not agree to a 90-day extension, agreeing to 30 days. The Court notes that it granted the request for Plaintiff's previous counsel to withdraw on March 6, 2013. (Doc. #31). Therefore, Plaintiff has had since this date to seek new counsel.

The Court is not inclined to stay this action so that Plaintiff may obtain counsel. The Court will extend the deadlines in the CMSO by 45 days. Within this time, Plaintiff may obtain new lead counsel and the new counsel may begin representation of Plaintiff within the deadlines set forth below.

Accordingly, it is now,

**ORDERED**:

Plaintiff's Motion to Amend/Modify Scheduling Order to Extend Deadlines and Reschedule Final Pretrial Conference, and Stay of Action (Doc. #32) is **GRANTED in part**. The Court will extend the deadlines in the CMSO as set forth below. All other provisions and directives set forth in the CMOS (Doc. #22) remain in effect.

| | |
|---|---|
| **Disclosure of Expert Reports**         Plaintiff:<br>                                                              Defendant: | May 17, 2013<br>July 18, 2013 |
| **Discovery Deadline** | August 16, 2013 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | September 9, 2013 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | December 6, 2013 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | December 20, 2013 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | December 20, 2013 |
| **Final Pretrial Conference**                           Date:<br>                                                              Time:<br>                                                              Judge: | January 27, 2014<br>9:00 AM<br>John E. Steele |
| **Trial Term Begins**<br>    [Trials Before Magistrate Judges Begin on Date Certain] | **FEBRUARY 3, 2014**<br>9:00 A.M. |
| **Estimated Length of Trial** | 3-5 days |
| **Jury/Non Jury** | Jury |

**Ordered** at Fort Myers, Florida, this 2nd day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2