UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| BRANOVATIONS, INC., a Florida Corporation<br><br>        Plaintiff,<br><br>  vs.<br><br>ONTEL PRODUCTS, CORPORATION, a New Jersey Corporation,<br><br>        Defendant. | CASE NO. 2:12-CV-306-FTM-29SPC |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S DISCOVERY**

COMES NOW BRANOVATIONS, INC. ("Branovations"), by and through its undersigned counsel, pursuant to the Fed.R.Civ.P. 6, and hereby files this Motion for Extension of Time to Respond to Defendant's Discovery, and requests an extension of time to serve responses, including appropriate objections, to the discovery propounded by Defendant. Plaintiff's responses are due **April 23, 2013**, and Plaintiff requests an additional twenty (20) days, or up to and including **May 13, 2013**, in which to serve their Responses.

As good cause for this Motion, Plaintiff states that this Plaintiff is in the process of retaining new counsel who can prosecute this case, and anticipates hiring new counsel this week. Due to the status of transitioning to new counsel, Plaintiff respectfully requests an extension of 20 days up to and including **May 13, 2013.** (*See* Dkt. #30, Motion to Withdraw and Dkt. #31, Order on Motion for Leave to Withdraw as Counsel). This is a complex, multi-million dollar lawsuit, and as a result, it has been difficult for

Plaintiff to locate competent, experienced counsel thus far.

## CONFERRAL

Undersigned counsel has attempted to confer with defense counsel via email on two occasions but, to date, he has not responded.  Plaintiff will supplement this Motion upon receipt of counsel's position, in accordance with Local Rule 3.01(g).

**WHEREFORE**, Plaintiff, BRANOVATIONS, seeks an Order extending the time to serve responses, including appropriate objections, to Defendant's Discovery for an additional twenty (20) days up to and including **May 13, 2013**, and such other and further relief as this Court deems just and proper.

Respectfully submitted this 22nd day of April, 2013.

  /s/   Anthony M. Lawhon, Esq.
Anthony M. Lawhon, Esq.
Florida Bar No. 965390
ANTHONY M. LAWHON, P.A.
5625 Strand Blvd., Suite 512
Naples, Florida 34110
Phone:   239/325-8956
Fax:        239/233-3600
**Tonylawhon@lawhonlaw.us**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Roger A. Colaizzi racoliaizzi@venable.com
William D. Coston wdcoston@venable.com
Steven J. Schwarz sjschwarz@venable.com
Herman J. Russomanno III herman2@russomanno.com

/s/ Anthony M. Lawhon, Esq.