UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANOVATIONS,    INC.,    a
Florida Corporation

       Plaintiff,

v.                                    Case No: 2:12-cv-306-FtM-29CM

ONTEL            PRODUCTS,
CORPORATION, a New Jersey
Corporation,

      Defendant.

---

## VERDICT FORM

I.  Infringement

    A.   Has Branovations proven by a preponderance of the evidence that Version 2 of Ontel's Cami Secret product infringes upon any of the following claims of the '591 Patent?

| Cami Secret Version 2 (with lace) | | |
|---|---|---|
| Claim 1 | Yes _____ | No ✓ |
| Claim 18 | Yes _____ | No ✓ |
| Claim 20 | Yes _____ | No ✓ |

```
Cami Secret Version 2 (without lace)

Claim 1          Yes   ✓        No  _____

Claim 2          Yes   ✓        No  _____

Claim 3          Yes   ✓        No  _____

Claim 18         Yes   ✓        No  _____

Claim 20         Yes   ✓        No  _____
```

   B.   Has Branovations proven by a preponderance of the
evidence that Version 3 of Ontel's Cami Secret product
infringes upon any of the following claims of the '591 Patent?

```
Cami Secret Version 3 (without lace)

Claim 1          Yes   ✓        No  _____

Claim 2          Yes   ✓        No  _____

Claim 3          Yes   ✓        No  _____

Claim 6          Yes   ✓        No  _____

Claim 11         Yes   ✓        No  _____

Claim 12         Yes   ✓        No  _____

Claim 13         Yes   ✓        No  _____

Claim 18         Yes   ✓        No  _____
```

| | | |
|---|---|---|
| Claim 19 | Yes __✓__ | No _____ |
| Claim 20 | Yes __✓__ | No _____ |

IF YES TO ANY, PROCEED TO SECTION II.   OTHERWISE, PROCEED TO SECTION III.

II.  Willfulness

A.   Has Branovations proven by clear and convincing evidence that Ontel's conduct was objectively reckless, that is, that Ontel proceeded with the allegedly infringing conduct despite an objectively high likelihood that it was infringing a valid and enforceable patent?

Yes _____        No ____✓____

IF THE ANSWER TO QUESTION II.A IS "YES," ANSWER QUESTION II.B. IF YOUR ANSWER TO QUESTION II.A IS "NO," GO TO SECTION III.

B.   Has Branovations proven by clear and convincing evidence that Ontel actually knew, or it was so obvious that Ontel should have known, that its actions constituted infringement of a valid and enforceable patent?

Yes _____        No _____

III.   Invalidity – Anticipation

   Has Ontel proven by clear and convincing evidence that any of the following claims are invalid as anticipated?

| | | |
|---|---|---|
| Claim 1 | Yes _____ | No ✓ |
| Claim 2 | Yes _____ | No ✓ |
| Claim 3 | Yes _____ | No ✓ |
| Claim 6 | Yes _____ | No ✓ |
| Claim 11 | Yes _____ | No ✓ |
| Claim 12 | Yes _____ | No ✓ |
| Claim 13 | Yes _____ | No ✓ |
| Claim 18 | Yes _____ | No ✓ |
| Claim 19 | Yes _____ | No ✓ |
| Claim 20 | Yes _____ | No ✓ |

IV.   Invalidity – Obviousness

   Has Ontel proven by clear and convincing evidence that any of the following claims are invalid as obvious?

| | | |
|---|---|---|
| Claim 1 | Yes _____ | No ✓ |

- 4 -

| | | |
|---|---|---|
| Claim 2 | Yes _____ | No ✓ |
| Claim 3 | Yes _____ | No ✓ |
| Claim 6 | Yes _____ | No ✓ |
| Claim 11 | Yes _____ | No ✓ |
| Claim 12 | Yes _____ | No ✓ |
| Claim 13 | Yes _____ | No ✓ |
| Claim 18 | Yes _____ | No ✓ |
| Claim 19 | Yes _____ | No ✓ |
| Claim 20 | Yes _____ | No ✓ |

V.   Damages

IF YOU HAVE FOUND AT LEAST ONE OF THE ASSERTED CLAIMS OF THE '591 PATENT WAS BOTH VALID AND INFRINGED, PLEASE ANSWER THE FOLLOWING QUESTIONS REGARDING DAMAGES.   OTHERWISE, YOU ARE INSTRUCTED TO DISREGARD THE FOLLOWING QUESTIONS AND PROCEED TO THE REVIEW AND SIGNING OF THE VERDICT FORM.

A.   If you find that Branovations has proven it is entitled to lost profits on any or all of Ontel's sales, what amount has Branovations proven would fairly and adequately compensate it for the profits it would have made on lost sales

but for Ontel's infringement?

Lost Profits $_____O_____

IF YOU FIND THAT BRANOVATIONS HAS PROVEN IT IS ENTITLED TO LOST PROFITS ON ALL OF ONTEL'S SALES IN QUESTION V.A, SKIP QUESTION V.B AND PROCEED TO THE REVIEW AND SIGNING OF THE VERDICT FORM.

B.   If Branovations has not proven that it is entitled to lost profits on all of Ontel's sales, what reasonable royalty has Branovations proven it is entitled to on the remaining sales?

Royalty Percentage of sales: ___3.35___%

x   Royalty Base $_6,754,549_ (total amount of infringing sales to which the rate must be applied)

= Total Royalty Damages $__226,277_

YOU HAVE NOW REACHED THE END OF THE VERDICT FORM AND SHOULD REVIEW IT TO ENSURE THAT IT ACCURATELY REFLECTS YOUR UNANIMOUS DETERMINATIONS.   THE FOREPERSON SHOULD THEN SIGN AND DATE THE VERDICT FORM IN THE SPACES BELOW AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.

THE FOREPERSON SHOULD RETAIN POSSESSION OF THE VERDICT FORM AND BRING IT WHEN THE JURY IS BROUGHT BACK INTO THE COURTROOM.

SO SAY WE ALL.

Norah J. Clark
FOREPERSON'S SIGNATURE

Feb. 21, 2014
DATE

- 7 -