UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION

BRANOVATIONS,    INC.,    a
Florida Corporation,

        Plaintiff,

v.                                  Case No: 2:12-cv-306-FtM-29CM

ONTEL PRODUCTS, CORPORATION,
a New Jersey Corporation,

        Defendant.
_____

                     **JUDGMENT IN A CIVIL CASE**

**Jury Verdict:**

    This action came before the Court for a trial by jury. The issues have been heard and the Jury rendered its Verdict on February 21, 2014.

    **IT IS ORDERED AND ADJUDGED:**

    1. Judgment is entered in favor of Branovations, Inc. on the "Patent Infringement Count" of its Amended Complaint (Doc. #3) in the amount of $226,277.00 plus $13,778.00 in pre-judgment interest, for a total of $240,055.00. Let execution issue.

    2. Judgment is entered on Ontel Products Corporation's Counterclaim (Doc. #12) as follows: Based upon the jury Verdict, the Court declares as to Count One that Branovations, Inc.'s Patent No. 8,152,591 is not invalid either on the basis of anticipation or obviousness; the Court further declares as to Count Two that Ontel's

Cami Secret Version 2 with Lace does not infringe on Branovations, Inc.'s Patent No. 8,152,591, and that Ontel's Cami Secret Version 3 without lace does infringe on Branovations, Inc.'s Patent No. 8,152,591.

                          SHERYL L. LOESCH, CLERK

                          By: /s/Brenda M. Alexander, Deputy Clerk
                          **Date:  March 21, 2014**

Copies:  All parties and counsel of record