UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| BRANOVATIONS, INC., <br>     Plaintiff, <br> v. <br><br> ONTEL PRODUCTS, CORPORATION, <br>     Defendant | Case No: 2:12-cv-306-FtM-29UAM |

**NOTICE OF WITHDRAWAL OF ALL PENDING PLEADINGS
INCLUDING PLAINTIFF'S MOTION FOR DIRECTED VERDICT [DOCKET #134];
AND BILL OF COSTS [DOCKET #140]**

Plaintiff, Branovations, Inc., hereby withdraws all pending motions and other pleadings, including Docket items 134 and 140, as moot and requests that the Court close this matter as resolved by the parties.

Dated: April 11, 2014

Respectfully submitted,

 /s/ Joseph J. Zito
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing NOTICE OF WITHDRAWAL OF PENDING PLEADINGS was served on Defendant's counsel via the Court's CM-ECF system with "Notice of Electronic Filing" to the attorneys of record who have consented to accept such notice as service of this document by electronic means. There are no other counsel of record not deemed to have consented to electronic service. Served on this the 11th day of April, 2014.

 */s/ Joseph J. Zito*