UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANOVATIONS, INC., a
Florida Corporation,

    Plaintiff,

v.                                 Case No: 2:12-cv-306-FtM-29CM

ONTEL PRODUCTS, CORPORATION,
a New Jersey Corporation,

    Defendant.

**ORDER**

This matter comes before the Court on plaintiff's Notice of Withdrawal (Doc. #141) filed on April 11, 2014. Plaintiff seeks to withdraw all pending motions and pleadings as moot, including its Motion for Directed Verdict (Doc. #134) and its Proposed Bill of Costs (Doc. #140). Plaintiff also requests that the Court close this matter as resolved by the parties. The Court will deem the motions withdrawn based on the notice and will grant plaintiff's request to close the file.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion for Directed Verdict (Doc. #134) and Proposed Bill of Costs (Doc. #140) are **deemed withdrawn**. The

Clerk is directed to terminate all pending motions and deadlines and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of April, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record